MARGARET L. McMAHON v. STEPHEN JANKURA ET AL.

It appearing that the plaintiff in the above-entitled case has failed to prosecute her appeal from the Court of Common Pleas in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*John A. Arcudi,* for the appellant (plaintiff).

*Frank E. Babycos,* for the appellees (defendants).

Argued March 4—decided March 4, 1969

PETRO REALTY CORPORATION v. PLANNING AND ZONING COMMISSION OF THE TOWN OF ENFIELD

It appearing that the plaintiff in the above-entitled case has failed to prosecute its appeal from the Court of Common Pleas in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Robert B. Berger,* for the appellant (plaintiff).

Argued March 4—decided March 4, 1969

The appellant filed a motion for reargument which was denied.